James J. Sheehan (Alaska Bar No. 0506056)
Simpson, Tillinghast, Sheehan & Araujo, PC
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
Telephone: 907-586-1400
Email: jsheehan@stsl.com

Jacob R. Adams (New York Bar No. 4751459)
DumkeLaw, LLP
106 Laurel Valley Road
West Lake Hills, Texas 78746
Telephone: 801-987-0810
Email: jra@dumkelaw.com
*admitted pro hac vice*

Gregory D Phillips (Utah Bar No. 4645)
Phillips Winchester
4001 South 700 East, Suite 500
Salt Lake City, Utah 84107
Telephone: 801-935-4935
Email: gdp@phillipswinchester.com
*admitted pro hac vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Sealaska Heritage Institute, Inc., Lily Hope, individual, Kahlil Hudson, individual, and Ursala Hudson, individual<br><br>     Plaintiffs,<br>v.<br><br>Neiman Marcus Group LTD, LLC, Neiman Marcus Group, LLC, Neiman Marcus Group, Inc., MyTheresa.com, GmbH, New Guards Group, S.p.A., Alanui, S.r.L., Oddi Holding, S.r.L., Carlotta Oddi, Farfetch.com, Ltd., Farfetch.com US, LLC, and Farfetch, Ltd.<br><br>     Defendants. | **Case No. 1:20-cv-00002-SLG** |

## NOTICE OF DISMISSAL

Plaintiffs Sealaska Heritage Institute, Inc., Lily Hope, Ursala Hudson, and Kahlil Hudson ("Plaintiffs"), and Defendants Neiman Marcus Group Ltd, LLC, Neiman Marcus Group, LLC, Neiman Marcus Group, Inc., Mytheresa.com, GmbH, Alanui S.r.L., New Guards Group S.p.A., Farfetch, Ltd., Farfetch.com, Ltd., Farfetch.com US, LLC, Oddi Holding S.r.L., and Carlotta Oddi ("Defendants") have settled their respective claims and defenses. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i): Plaintiffs hereby dismiss with prejudice all claims against all Defendants. No answer or motion for summary judgment has been served. No Party will be responsible for any other Party's costs or attorney's fees.

DATED:     August 27, 2021
                Juneau, Alaska

                                               Respectfully submitted,

By:     */s/ Jacob R Adams*
       **Jacob R Adams**
       New York Bar No. 4751459
       **DumkeLaw, LLP**
       106 Laurel Valley Road
       West Lake Hills, Texas 78746
       Telephone: 801-987-0810
       Email: jra@dumkelaw.com
       *admitted pro hac vice*

       **AND**

       **Gregory D Phillips**
       Utah Bar No. 4645
       **Phillips Winchester**
       4001 South 700 East, Suite 500
       Salt Lake City, Utah 84107
       Telephone: 801-935-4935
       Email: gdp@phillipswinchester.com

*Notice of Dismissal*
*SHI, Inc., et al. v. Neiman Marcus Group, LTD, LLC, et al.*
*1:20-cv-00002-SLG*
                                                      2

Case 1:20-cv-00002-SLG   Document 68   Filed 08/27/21   Page 2 of 5

*admitted pro hac vice*

**AND**

**James J. Sheehan**
Alaska Bar No. 0506056
**Simpson, Tillinghast, Sheehan & Araujo PC**
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
Telephone: 907-586-1400
Email: jsheehan@stsl.com

*Attorneys for Plaintiffs Sealaska Heritage Institute, Inc., Lily Hope, Kahlil Hudson, and Ursala Hudson*

James J. Sheehan (Alaska Bar No.0506056)
Simpson, Tillinghast, Sheehan & Araujo, PC
One Sealaska Plaza, Suite 300
Juneau, AK 99801
Telephone:   907-586-1400
Email:           jsheehan@stsl.com

Jacob R Adams (New York Bar No. 4751459)
DumkeLaw, LLP
106 Laurel Valley Road
West Lake Hills, Texas 78746
Telephone:   801-987-0810
Email:           jra@dumkelaw.com
*admitted pro hac vice*

Gregory D Phillips (Utah Bar No. 4645)
Phillips Winchester
4001 South 700 East, Suite 500
Salt Lake City, Utah 84107
Telephone:   801-935-4935
Email:           gdp@phillipswinchester.com
*admitted pro hac vice*

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Sealaska Heritage Institute, Inc., Lily Hope, individual, Kahlil Hudson, individual, and Ursala Hudson, individual<br>        Plaintiffs,<br><br>    v.<br><br>Neiman Marcus Group LTD, LLC, Neiman Marcus Group, LLC, Neiman Marcus Group, Inc., MyTheresa.com, GmbH, New Guards Group, S.p.A., Alanui, S.r.L., Oddi Holding, S.r.L., Carlotta Oddi, Farfetch.com, Ltd., Farfetch.com US, LLC, and Farfetch, Ltd.<br><br>        Defendants. | **Case No. 1:20-cv-00002-SLG** |

*Certificate of Service – Notice of Dismissal*
*SHI, Inc, et al. v. Neiman Marcus Group LTD, LLC, et al.*
1:20-*cv*-00002-SLG

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, a true and correct copy of the foregoing **NOTICE OF DISMISSAL** was served on all attorneys of record in this matter through the U.S. District Court of Alaska CM/ECF system.

By: /s/ *Jacob R Adams*
Jacob R Adams

*Certificate of Service – Notice of Dismissal* 2 of 2
*SHI, Inc, et al. v. Neiman Marcus Group LTD, LLC, et al.*
1:20-*cv*-00002-SLG

Case 1:20-cv-00002-SLG   Document 68   Filed 08/27/21   Page 5 of 5